UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

Thomas Townsend )

_____ )

_____ )

(Enter above the NAME of the )
plaintiff in this action.)

v. )

Blount County Jail; James )
Berrong (Chief) Chris Cantrell, )
T. Hutsell (officer) )
Perry Covington (inmate) )
(Enter above the NAME of each
defendant in this action.) )

3:19-CV-466
McDonough/Guyton

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment?  YES (  ) NO (X)

B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more
      than one lawsuit, describe the additional lawsuits on another piece of paper, using the
      same outline.)

      1.    Parties to the previous lawsuit:

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Blount County Jail

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (X) NO ( )

C. If your answer is YES,

1. What steps did you take? Filled out grievance form on Kiosk and submitted it.

2. What was the result? No result /or responce.

_____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Thomas J. Townsend

Present address: 920 E. LAMAR ALEXANDER PKwy Maryville TN, 37804

Permanent home address: _____

Address of nearest relative: 4800 STRAWBERRY PLAINS Pike Knoxville TN 37914

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: James Berrong

Official position: Sheriff

Place of employment: Blount County Sheriff Office

C. Additional defendants: (Chief) Chris Cantrell, Blount County Sheriff Office; T. Hutsell (Officer) Blount County. Perry Covington (Inmate) Blount County Jail

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 9·12·19 at 5:30pm I was assaulted by two Blount County Inmate's located at 920 E. lamar Alexander Pkwy, Maryville

3

TN, 37804. Housing Unit D-5 cell 516. I was beat with a hard plastic mug in my face & body. My right side Jaw was broken, my left side ribs were broke along with cuts and lacerations to my face, head, and body. It took Blount County officers at least 5 minutes to respond after hitting the emergency button in my cell, I was continually beat until they finally showed up and had to draw there taser's to get the two inmates off of me. A blount County Jail officer T. Hutsell was relaying the messages and subsequent Assault that occured to me from a Marquis Henry (gang leader) of the vice lords to the two members located in my cell (D-5) 516, Perry Covington

I was assaulted a week prior to this incident due to officer T. Hutsell telling Marquis Henry I was being a problem. I tried to inform other Jail staff and let them know of my concern and fears but never recieved help. This was a direct violation of my right to be free from harm and cruel and unusual punishment. Blount County Jail staff have failed in providing me with safty and I do not feel safe.

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

Transport the Plaintiff, Thomas J. Townsend to a safe and secure
facility to avoid anymore harm, and/or active threats from
Blount County Officers and/or Inmates. Issue a Restraining Order
on all Defendants named in Complaint. Pay Plaintiff in the
amount of $300,000.00 for injurys and pain and suffering. Also
pay and cover all medical costs and debts occuring from
assault/injury.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of
my (our) information, knowledge and belief.

Signed this ____5th____ day of ___October___, 20_19_.


_Thomas J. Townsend_
Signature of plaintiff(s)

5



U.S. POSTAGE PAID
FCM LG ENV
KNOXVILLE, TN
37902
NOV 12, '19
AMOUNT
$2.20
R2304M113476-01

1000    37902

Thomas Townsend
Blount County Detention Center
920 E Lamar Alexander Pkwy
Maryville, TN 37804

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
800 MARKET STREET, SUITE 130
KNOXVILLE, TENNESSEE 37902

Clerk, U.S. District
Eastern District of Tennessee
At Knoxville